# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CROSSTEX ENERGY SERVICES,
LP, CROSSTEX LIG, LLC AND
CROSSTEX PROCESSING
SERVICES, LLC

NO. 2020 CW 1182

VERSUS

TEXAS BRINE COMPANY, LLC.,
ET AL.

**MARCH 02, 2021**

---

In Re:   Occidental Chemical Corporation, OXY USA, Inc., and Occidental Petroleum Corporation, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34202.

---

**BEFORE:   GUIDRY, McDONALD, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court's denial of Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc.'s, motion to stay all claims asserted by and between these parties and Texas Brine Company, LLC, pending the arbitration panel's determination of arbitrability of these claims is reversed, and Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc.'s, motion to stay all claims by and between Occidental Chemical Corporation, Occidental Petroleum Corporation, OXY USA, Inc., and Texas Brine Company, LLC pending the arbitration panel's determination of arbitrability of all claims is granted. **Pontchartrain Natural Gas System v. Texas Brine Company, LLC**, 2018-1249 (La. App. 1st Cir. 12/30/20), -- So.3d --, 2020 WL 7770465. Accordingly, all causes of action asserted in this action by and between Occidental Chemical Corporation, Occidental Petroleum Corporation, OXY USA, Inc., and Texas Brine Company, LLC are hereby stayed pending a determination of arbitrability of the claims between these parties by the arbitration panel and the arbitration of the claims subject thereto. See **Assumption Parish Police Jury v. Texas Brine Company, LLC**, 2018-0364 (La. App. 1st Cir. 3/19/19), 2019 WL 1306141 (unpublished), writ denied, 2019-00958 (La. 9/24/19), 279 So.3d 936; **Florida Gas Transmission Company, LLC v. Texas Brine Company, LLC**, 2020-1180 (La. App. 1st Cir. 2/22/21), 2021 WL 674199 (unpublished).

                                    **JMG**
                                    **JMM**
                                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
           FOR THE COURT